LIONEL SAWYER & COLLINS
Kirby J. Smith, Esq., Bar No. 414
1700 Bank of America Plaza
300 S. Fourth Street
Las Vegas, NV 89101
(702) 383-8888
Fax: (702) 383-8845
ksmith@lionelsawyer.com

PROSKAUER ROSE, LLP
Elise M. Bloom, Esq.
Nathaniel M. Glasser, Esq.
Steven D. Hurd, Esq.
1585 Broadway
New York, New York 10036
(212) 969-3000
Fax: (212) 969-2900
ebloom@proskauer.com
nglasser@proskauer.com
shurd@proskauer.com

*Attorneys for Defendant*
*Sprint Nextel Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JODI ALLERTON, Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>SPRINT NEXTEL CORPORATION and JOHN DOES I through XXX, actual names and number unknown,<br><br>Defendants. | Case No. 2:09-CV-01325 |

**JOINT MOTION TO STAY PROCEEDINGS**

The Parties hereby request that the Court stay all deadlines in this action until October 28, 2010 so that the Parties can explore mediation.

In support of this Joint Motion, the Parties state as follows:

1. This is a collective action concerning allegations of "off the clock" work performed by employees who were employed in Sprint's Las Vegas, Nevada call center between

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

June 12, 2006 and June 6, 2009 as hourly, non-salaried employees in the Credit, Business Wireless Technical Support and Business Customer Service Departments and whose duties included, in whole or in part, answering and handling incoming calls from Sprint's customers.

2. Specifically, Plaintiffs allege that they were not compensated for the time that they logged into their computer applications each day, in violation of the Fair Labor Standards Act and Nevada State law.

3. By Order dated November 16, 2009, this Court granted Plaintiffs' motion for Circulation of Notice of the Pendency of This Action. The Order provided that "[p]otential class members shall have sixty (60) days from circulation of the notice of pendency in which to opt-into this action."

4. On January 6, 2010, Plaintiffs circulated the notice of pendency to the names, addresses, telephone numbers and email addresses of the putative class members' who are currently employed or whose employment terminated after April 1, 2007. Pursuant to the Court's November 16 Order, the opt-in period for those putative class members ended on March 7, 2010.

5. On May 17, 2010, Plaintiffs circulated the notice of pendency to the names, addresses and telephone numbers of the putative class members' whose employment terminated prior to April 1, 2007. Pursuant to the Court's Order, the opt-in period for those putative class members will end on July 16, 2010.

6. The Parties are still in discovery, which has included the production of nearly 25,000 pages of documents in response to Plaintiffs' document requests. In addition, on May 19, 2010, Defendant deposed named-Plaintiff Jodi Allerton and on May 20, 2010, Defendant deposed opt-in Plaintiff John Henderson.

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2 of 4

7. Before they incur additional costs by continuing discovery, the Parties have decided that now is a good time to explore mediation because (except for the outstanding requests described in paragraph 8 below) the Parties have sufficient discovery to evaluate the claims for purposes of mediation.

8. After the close of the second opt-in period on July 16, 2010, Defendant has agreed to produce additional data regarding the scope of potential class-wide damages -- specifically, the wage rates for putative class members as well as the length of time that the class members were employed during the relevant time period.

9. Although Defendant has begun pulling the relevant data for the original opt-ins, Defendant anticipates that it will not be able to produce the information for the new opt-ins within thirty (30) days.  Both parties will then require sufficient time to review and analyze the data and prepare for the mediation.

10. The Parties have agreed to have Mark Rudy, Esq. act as Mediator.  Mr. Rudy is with Rudy Exelrod Zeiff & Lowe LLP in San Francisco, California.

11. Mr. Rudy has mediated approximately 3,000 matters, having served as a Mediator since 1988.  In particular, Mr. Rudy has successfully resolved a large number of wage and hour class actions.  His knowledge and experience in class cases and call center cases in particular make him the best person to get the parties to a resolution of this matter.

12. Mr. Rudy's schedule prevents us from holding the mediation until October 13 and 14, 2010, and the Parties have scheduled it for those dates.

13. Therefore, the Parties are requesting that all deadlines in this action be stayed for two weeks after the mediation, until October 28, 2010.

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

WHEREFORE, the Parties respectfully request that the Court stay all deadlines in this action until October 28, 2010 and that each of the deadlines in this case be extended for the time period of the stay.

Dated: July ___, 2010.

Respectfully submitted by:

| | |
|---|---|
| LEON GREENBERG<br>PROFESSIONAL CORP. | PROSKAUER ROSE LLP |
| /s/ Leon Greenberg<br>Leon Greenberg<br>633 S. 4th Street, #4<br>Las Vegas, Nevada 89101<br>leongreenberg@overtimelaw.com<br>ATTORNEYS FOR PLAINTIFF | /s/ Elise M. Bloom<br>Elise M. Bloom*<br>ebloom@proskauer.com<br>Steven D. Hurd*<br>shurd@proskauer.com<br>Harris M. Mufson*<br>hmufson@proskauer.com<br>1585 Broadway<br>New York, NY 10036-8299<br>Tel: (212) 969-3000<br>and<br>Kirby J. Smith, Bar No. 414<br>ksmith@lionelsawyer.com<br>LIONEL SAWYER & COLLINS<br>1700 Bank of America Plaza<br>300 S. Fourth Street<br>Las Vegas, NV 89101<br>Tel: (702) 383-8888<br>ATTORNEYS FOR DEFENDANT<br>*admitted *pro hac vice* |

IT IS SO ORDERED:

_____
Roger L. Hunt
CHIEF UNITED STATES DISTRICT JUDGE

DATED: July 6, 2010